UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,
                            Plaintiff,

              -against-

SKINFIX US LLC,
                           Defendant.
------------------------------------------------------------X

20 Civ. 6418 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on October 16, 2020, the Court issued a Civil Case Management Plan and Scheduling Order that *inter alia* directed the parties to file a joint status letter by December 21, 2020.

    WHEREAS, the parties have failed file that letter.  It is hereby

    **ORDERED** that, by **January 6, 2021**, the parties shall file a joint status letter, as outlined in Individual Rule IV.A.2.

Dated: December 23, 2020
         New York, New York

                                                  LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE