UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                 :
JOESUE PAGUADA,                                                    :
                            Plaintiff,                     :
                                                                           :      20 Civ. 6418 (LGS)
               -against-                             :
                                                                           :            <u>ORDER</u>
SKINFIX US LLC,                                                       :
                            Defendant.                  :
------------------------------------------------------------- X

WHEREAS, on October 16, 2020, the Court issued a CMP directing the parties, among other things, to file a status letter by March 5, 2021. Dkt. No. 13.

WHEREAS, the parties have not filed that status letter.

**ORDERED** that the parties shall file a status letter, as outlined in Individual Rule IV.A.2, by **March 15, 2021**.

Dated: March 9, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE